MARGARET A. DECKER, as Administratrix, etc., of SEELEY DECKER, Deceased,

# 840    Cases Reported with Brief Syllabi.

Respondent, v. The Lehigh and Hudson River Railway Company, Appellant.— Upon reargument, judgment and order denying motion for a new trial unanimously affirmed, with costs, under the provisions of Civil Practice Act, section 106.    (See *Post* v. *Brooklyn Heights Railroad Co.*, 195 N. Y. 62.)    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.